```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jerrie White,

            Plaintiff,

    –v–

The Bridge, Inc.,

            Defendant.

18-cv-1689 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    This case was assigned to the Magistrate Judge, Judge Sarah L. Cave, on October 3, 2019 for General Pretrial Management, which includes discovery disputes and settlement discussions. Judge Cave will handle the remaining discovery disputes and the settlement conference that the parties reference in their October 21, 2020 Joint Letter.

    SO ORDERED.

Dated: October 22, 2019
       New York, New York

                                            ALISON J. NATHAN
                                          United States District Judge