

**MARK DAVID SHIRIAN P.C.**
ATTORNEYS AT LAW

MARK DAVID SHIRIAN P.C.

228 East 45th Street, Suite 1700-B
New York, NY 10017
Tel: (212) 931- 6530
Fax: (212) 898 - 0163
www.shirianpc.com

MARK D. SHIRIAN
mshirian@shirianpc.com

October 21, 2020

**Via ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      Re:    Jerrie White v. The Bridge, Inc.
                  No. 18-cv-1689 AJN-HBP

Dear Judge Nathan:

      I represent Plaintiff in the above referenced matter. Defendant is represented by Devjani Mishra and Ivie Serioux.

      I write jointly with Defendant to provide the Court with a status update of the parties' settlement efforts. Although depositions have not yet taken place, the only remaining claim in this instant action is Plaintiff's Equal Pay Claim, which will likely not require any expert discovery. As such, both sides feel that a referral to a Magistrate Judge for a settlement conference is the most efficient way to bring this case to an appropriate resolution at this present time. Accordingly, the parties respectfully request that Your Honor refer this matter to a Magistrate Judge for a settlement conference.

      In light of the parties' joint request for a referral to a Magistrate Judge for a settlement conference, and pursuant to Rule 2(C) of Your Honor's Individual Rules of Practice, I write jointly with Defendants' counsel to request either a stay of the fact discovery deadline or a 45-day extension of the fact discovery deadline in this case, from November 11, 2020 to December 24, 2020 to complete fact discovery. This additional time is necessary for the parties to schedule and participate in a settlement conference without incurring the expense and time of depositions. The parties do not believe that expert discovery will be needed at this time. This is the third request from the parties to extend the fact discovery deadline.

      Thank you for your consideration of this matter.

Respectfully submitted,

Mark D. Shirian

Cc: All Parties (via ECF service)

---

A Telephone Conference is scheduled for **Friday, November 6, 2020 at 2:00 pm** on the Court's conference line to address the matters raised in the parties' Joint Letter-Motion (ECF No. 63). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 63.

SO-ORDERED 10/26/20

SARAH L. CAVE
United States Magistrate Judge