UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/20202

White,

          Plaintiff,

–v–

The Bridge, Inc.,

          Defendant.

18-cv-1689 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Post Discovery Conference in this matter is adjourned to January 22, 2021 at 3:45 P.M. The parties are ordered to submit their joint letter, in accordance with the instructions in Dkt. No. 68, no later than January 15, 2021. The parties are encouraged to consider whether they can do without a conference altogether and indicate as such in the joint letter.

    SO ORDERED.

Dated: December 15, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge