UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

White,

          Plaintiff,

  –v–

The Bridge, Inc.,

          Defendant.

18-cv-1689 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the parties' status update, the conference scheduled for January 22, 2021 is cancelled. The parties are instructed to provide a status update on February 27, 2021 on the status of settlement discussions.

SO ORDERED.

Dated: January 19, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1